UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>          Plaintiff,<br><br>     v.<br><br>BRUCE IVES, et al.,<br><br>          Defendant. | Case No. 15-MC-80197-LHK<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT**<br><br>Re: Dkt. No. 1 |

Plaintiff has been declared a vexatious litigant and is subject to a pre-filing order which requires him to "obtain leave of [the] court before filing any further suits alleging any violations of the federal criminal statutes . . . 18 U.S.C. § 1512(b) [and] 18 U.S.C. § 1512(c)." *Ou-Young v. Roberts*, 13-CV-04442-EMC (N.D. Cal.), ECF No. 40 at 16. In the instant filing, Plaintiff seeks to file a complaint against Bruce Ives and F. Joseph Warin for allegedly violating "federal criminal statues . . . 18 U.S.C. §§ 1512(b) and 1512(c)." ECF No. 1 ¶ 1. Pursuant to the pre-filing order, the Court must "determine whether Plaintiff has stated a potentially cognizable claim in a short, intelligible and plain statement." 13-CV-04442-EMC (N.D. Cal.), ECF No. 40 at 17.

Plaintiff has failed to meet this requirement. In fact, Plaintiff seeks to file the same complaint that Plaintiff sought to file in *Ou-Young v. Ives*, 15-MC-80235-EJD (N.D. Cal.). In that

1

action, U.S. District Judge Edward Davila concluded that "the criminal statutes Plaintiff cites in the Complaint do not provide for a private cause of action." 15-MC-80235-EJD (N.D. Cal.), ECF No. 2 at 2. "This remains true no matter how many times [Plaintiff] submits this pleading." *Id.* Accordingly, Judge Davila found Plaintiff's complaint "barred by the pre-filing order." *Id.*

Consistent with Judge Davila's ruling, the Court finds that Plaintiff has failed to state a cognizable claim in the instant complaint. The Court therefore DENIES Plaintiff leave to file the complaint. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 15, 2016

_____
LUCY H. KOH
United States District Judge